### SARAH G. JONES V. J. J. WISE *et ux.*
#### No. 16,050.

Error from Logan district court; JACOB C. RUPPENTHAL, judge. Opinion filed June 5, 1909. Affirmed.

*John B. Ennis,* for the plaintiff in error.

*Per Curiam:* Only one question is involved in this case, viz., the validity of section 1 of chapter 373 of the Laws of 1907, which provides that certain notations on the records of school-land sales by the county clerk shall be *prima facie* evidence that proper notice of the purchaser's default had been issued and legal service thereof made.

The court decided this question in accordance with the views expressed by this court in *Jones v. Hickey, ante,* p. 109, *Reitler v. Harris, ante,* p. 148, and *Petersilie v. McLachlin, ante,* p. 176.

The judgment is affirmed.

---

### LEO N. LESLIE V. CHARLES E. GIBSON.
#### No. 15,976.

Error from Seward district court; WILLIAM H. THOMPSON, judge. Opinion filed July 3, 1909. Affirmed.

*V. H. Grinstead,* for the plaintiff in error.

*Thomas A. Scates,* and *Albert Watkins,* for the defendant in error.

*Per Curiam:* The facts in this case are substantially the same as in *Leslie v. Gibson, ante* p. 504. For the reasons given in the opinion in that case the judgment is affirmed.